ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
RHIANNON V. MANN, Special Assistant United States Attorney (#16096)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO CORTES-VILLALON,<br><br>Defendant. | Case No. 2:21mj848JCB<br><br>**FELONY COMPLAINT**<br><br>Count I: 18 U.S.C. § 922(g)(5), Alien in Possession of a Firearm;<br><br>Magistrate Judge Jared C. Bennett |

Before the Honorable Jared C. Bennett, United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

**COUNT I**
18 U.S.C. § 922(g)(5)
(Felon in Possession of a Firearm and Ammunition)

On or about October 31, 2021, in the District of Utah,

PEDRO CORTES-VILLALON,

defendant herein, knowing he was then an alien illegally or unlawfully in the United States, did knowingly possess, a firearm, to wit: a Ruger, model SR9, 9mm pistol, and

the firearm was in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(5).

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

Complainant, David Black, being duly sworn, hereby states the following:

1. I have been employed by the West Valley City Police Department since December 2001 and am currently assigned as a detective in investigations. I have also been a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) for approximately four and half years. As a TFO, I have participated in the investigation and prosecution of cases involving federal firearms violations. As a result, I am familiar with firearms violations occurring under Titles 18 and 26 of the United States Code.

2. The statements in this affidavit do not contain all known information but rather only those facts believed to be necessary to establish probable cause for this Complaint. I am familiar with the facts and circumstances set forth herein as a result of a review of official reports and records, and conversations with other law enforcement officers as more fully described below.

3. On 10/31/2021 Officers from West Jordan Police Department were dispatched to the area of 8400 South 4000 West #107 in West Jordan Utah. Dispatch information was that Pedro CORTES-VILLALON was walking around the residence racking a firearm.

4. Officers contacted CORTES-VILLALON outside of the residence. CORTES-VILLALON opened the front drivers side truck door and retrieved a firearm. CORTES-VILLALON was seen cocking and raising the firearm. Officers struggled with CORTES-VILLALON attempting to take the firearm away from him. During this struggle an Officer fired one shot striking CORTES-VILLALON.

5. The firearm possessed by CORTES-VILLALON was identified as a Ruger, model SR9, 9mm pistol, bearing serial number 330-01455. This firearm was listed as stolen by Riverton Police department, documented under case 2020-12018. The firearm was manufactured outside of the state of Utah, thus in and affecting interstate commerce.

6. Inside of the residence a second firearm was located. This firearm was identified as a Taurus .38 revolver with a serial number of MR70942. Near the firearm was a $1 dollar bill with a white powder substance in it. This substance tested positive for cocaine. Also, located near the firearm was a piece of tin foil with a green plant material. This material was identified as Marijuana.

7. An enforcement/removal officer from Immigration Customs Enforcement (ICE) identified Pedro as an illegal Alien who is prohibited from possessing firearms.

8. Based on the aforementioned facts, I hereby submit that there is probable cause to believe that Pedro CORTES-VILLALON committed the offenses of Alien in Possession of a Firearm, a violation of 18 U.S.C. § 922(g)(5) I swear the information contained in this affidavit is true and correct to the best of my knowledge, information, and belief

DATED this 5th day of November, 2021.

David Black
Digitally signed by David Black
DN: dc=wvcmsdom, ou=Domain Users, ou=Police, cn=David Black
Date: 2021.11.05 18:07:42 -06'00'

Detective DAVID BLACK, Affiant
West Valley City Police Department

/
/
/
/
/
/
/
/

SUBSCRIBED and SWORN before me this 5th day of November, 2021.

JARED C. BENNETT
Magistrate Judge, District of Utah

APPROVED AS TO FORM:

ANDREA T. MARTINEZ
Acting United States Attorney

Rhiannon V. Mann

RHIANNON V. MANN
Special Assistant United States Attorney